**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1368**

---

MATTHEW JONES,

              Plaintiff - Appellant,

        v.

STATE POLICE DEPARTMENT; STATE OF MARYLAND; SALISBURY POLICE DEPARTMENT,

              Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Adam B. Abelson, District Judge.  (1:23-cv-03310-ABA)

---

Submitted:  November 25, 2025                    Decided:  December 1, 2025

---

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Matthew Jones, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Jones appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Jones v. State Police Dep't*, No. 1:23-cv-03310-ABA (D. Md. Mar. 24, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*